Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Arizona ▼

_____ Division

FILED ___ LODGED
RECEIVED ___ COPY

JUN 20 2023

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Tony Clarence Memory )
 )
 )
 )
 )
_____ )
*Plaintiff(s)* )
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
-v- )
 )
BANK OF AMERICA N.A )
 )
 )
 )
_____ )
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names.)* )

Case No.   CV-23-283-TUC-JGZ
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ✔ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

####    A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Tony Clarence Memory |
| Street Address | 3130 W Rock Hill Rd Apt 41 |
| City and County | Tucson , PIMA |
| State and Zip Code | AZ , 85745 |
| Telephone Number | 813-585-1485 |
| E-mail Address | TonycMemory@gmail.com |

####    B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant

Defendant No. 1

| | |
|---|---|
| Name | Bank Of America DBA Bank of America INC |
| Job or Title *(if known)* | Ms Rivera, Bank Teller , Tiffany Manager |
| Street Address | 3480 E Broadway Blvd |
| City and County | Tucson , PIMA |
| State and Zip Code | az , 85716 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Bank of America Corporation |
| Job or Title *(if known)* | |
| Street Address | 100 N. Tryon Street |
| City and County | Charlotte |
| State and Zip Code | NC , 28255 |
| Telephone Number | (704) 386-5681 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Timothy J. Mayopoulos, Esq. |
| Job or Title *(if known)* | Executive Vice President and General Counsel |
| Street Address | 100 N. Tryon Street |
| City and County | Charlotte |
| State and Zip Code | NC , 28255 |
| Telephone Number | (704) 386-7484 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
The U.S Civil Rights Act of 1964. 88-352 (78 Stat. 241), Arizona civil rights act ARS 41-1442, ARS 41-1441

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* Bank Of America N.A, is incorporated under the laws of the State of *(name)* NORTH CAROLINA and has its principal place of business in the State of *(name)* North Carolina.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

Or is incorporated under the laws of *(foreign nation)* _____

and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
Plaintiff seeks more than $75,001

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On 10/27/2022 Bank OF American lead senior teller Ms Rivera Lied claiming my $4000 check and Settlement from Hireright was NOT REAL and to Leave. I believe on the basis of my race ( African American) I tried every option to deposit and was refused services even though i was a account holder with Bank of America for 15 years. I went to Another Bank of America Branch in Tucson and Check was accepted and deposited without incident. Bank of America tried to claim it was a simple mistake and clerical error. Then afterward LIED claiming they thought i wanted it cashed and they didnt have $4000 in vault. I never carry large cash. Simple Security Video will Confirm My case. Bank of Amerida keeps security and audio for 5years as required by insurance.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Seeking 1 $million jury trial or ADR settlement agreement upon , after discovery , Supoeanas and documents. Bank Of America willfully lied under oath to the Arizona Civil Rights Office. Bank of America's Defence attorney ' (Michael Mestre, in NC) Has stated on record will not defend or participate in any future Legal services on behalf of Bank of America shortly after the ACRD dismissal notice. Meaning Perjury was committed. He was Hired to

The term today is called "Banking while black" and a rise of these cases are being reported across the united states of America. Some have turned violent or deadly. Bank of America Must Pay for Damages they inflicted on me because of the willful lie and cover up of Ms Rivera's actions.

### V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *[signature]* 6/20/2023

Signature of Plaintiff

Printed Name of Plaintiff: Tony Clarence Memory

#### B.   For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address