**PUBLIC ACCOMMODATIONS CHARGE OF DISCRIMINATION** Page 1 of 2
Pursuant to the Arizona Civil Rights Act, as amended

CHARGE NUMBER: CRO-2023-0211

## ARIZONA ATTORNEY GENERAL'S OFFICE, CIVIL RIGHTS DIVISION

| NAME (Indicate Mr., Ms., Mrs.) | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| Mr. Tony Memory | 813-585-1485 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 3130 W. Rock Hill Rd # 41 | Tucson, AZ 85754 | Pima |
| ATTORNEY NAME | LAW FIRM | TELEPHONE NUMBER (Include Area Code) |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | EMAIL ADDRESS |

RECEIVED FEB 17 2023 ATTORNEY GENERAL OF ARIZ. TUCSON OFFICE

SHOW BELOW THE NAME OF THE INDIVIDUAL OR ENTITY (I.E., ESTABLISHMENT OFFERING SERVICES, GOODS, FACILITIES TO MEMBERS OF THE GENERAL PUBLIC, ETC.) AGAINST WHOM THIS CHARGE IS BEING FILED.

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| Bank of America National Association dba Bank of America | 520-784-7701 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 3480 E. Broadway Blvd | Tucson, AZ 85716 | Pima |
| NAME | TELEPHONE NUMBER (Include Area Code) |
| Bank of America National Association dba Bank of America | 980-335-3561 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 100 N. Tyron St. | Charlotte, NC 28255 | Mecklenburg |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)):
☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ DISABILITY  ☐ ANCESTRY

DATE DISCRIMINATION TOOK PLACE
EARLIEST   LATEST(ALL)
10/27/2022
☐ Continuing Action

I. **PERSONAL HARM:** I was denied full and equal enjoyment of the services and accommodations of this public accommodation.

II. **RESPONDENT'S REASON FOR ADVERSE ACTION:** None.

III. **DISCRIMINATION STATEMENT:** I believe Respondent discriminated against me, in violation of the Arizona Civil Rights Act, as amended, for the following reason(s):

A. On or about October 27, 2022, I went to the Respondents location at 3480 E. Broadway, Tucson, AZ 85716 to deposit a check into my bank account. When I approached Respondent's teller she falsely asserted that my check was a fake check. I am aware, as is Respondent, that similarly situated non Black customers were not falsely accused of attempting to deposit fake checks nor were they treated with such hostility and disdain.

B. I believe and therefore allege that but for my race- Black, that Respondent would not have denied my full and equal enjoyment of the services and accommodations of this public accommodation.



MANUEL RAMIREZ
Notary Public - State of Arizona
PIMA COUNTY
Commission # 598937
Expires February 28, 2025

| I BELIEVE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. | SIGNATURE OF COMPLAINANT AND DATE: *[signature]* 2/20/2023 |
|---|---|
| I WILL ADVISE THE CIVIL RIGHTS DIVISION IF I CHANGE MY ADDRESS OR TELEPHONE NUMBER AND I WILL COOPERATE FULLY WITH THEM IN THE PROCESSING OF MY COMPLAINT IN ACCORDANCE WITH THEIR PROCEDURES. | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, Day, Year) *[signature]* 02/20/2023 |

Memory/VB/LB        REVISED 6/19. PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE AND MUST NOT BE USED



KRIS MAYES
ATTORNEY GENERAL

OFFICE OF THE ARIZONA ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
DIVISION OF CIVIL RIGHTS SECTION

LESLIE ROSS
CHIEF COUNSEL

## Dismissal Notice

To: Tony Memory
3130 W. Rock Hill Rd., #41
Tucson, AZ 85754

Bank of America
c/o Michael S. Mestre, Esq.
McGuire Woods LLP
201 North Tyron St., Ste. 3000
Charlotte, NC 28202

Re: Tony Memory   v. Bank of America
P.A. CRD No.: CRD-2023-0211

**The Division of Civil Rights Section is closing its file on this charge.**

Based upon its investigation, the Division of Civil Rights Section concludes that the information obtained is not sufficient to establish violations of the statute(s) and further investigation is unlikely to produce such evidence. This does not certify that the Respondent is in compliance with the statute(s). No finding is made as to any other issues that might be construed as having been raised by this charge/complaint. The notice of Charging Party's appeal rights is included on the reverse or following page.

On behalf of the Division,

_____
Leslie Ross, Chief Counsel

5/26/23
(Date)

## R10-3-106 APPLICATION FOR RECONSIDERATION; REOPENING OF PROCEEDINGS

The Charging Party may apply for reconsideration of dismissal of the charge. The application shall be in writing, must be made under oath stating that it is accurate under penalty of perjury, must specifically state the grounds upon which it is based, and shall be filed within twenty (20) days from Charging Party's receipt of the Division's decision.

A Charging Party's application must include any new evidence the Charging Party believes should be considered by the Division. New evidence includes, but is not limited to, additional documentation and witnesses not previously disclosed or considered by the Division during its investigation, new arguments, and/or other new information concerning the charge. If the Charging Party identifies new witnesses, he/she must describe in detail what these new witnesses will testify to regarding the Charging Party's allegations of discrimination and/or retaliation, and the witnesses' last known addresses, telephone numbers, or other contact information.

The application may be granted or denied at the Division's discretion. The Division may, on its own motion, reconsider a dismissal of a charge or any finding of fact it has issued.

A Charging Party's application for reconsideration does not affect the running of any statute of limitations, or deadline, for filing a lawsuit in court on any claims under the Arizona Civil Rights Act. Charging Parties should consult with a private attorney if they have questions concerning the statute of limitations and/or their rights under state and federal law.

All applications for reconsideration of dismissal of the charge must be submitted to Chief Counsel, Division of Civil Rights Section, Office of the Arizona Attorney General, 2005 North Central Avenue, Phoenix, Arizona 85004.



## OFFICE OF THE ARIZONA ATTORNEY GENERAL

**KRIS MAYES**
**ATTORNEY GENERAL**

CIVIL LITIGATION DIVISION
DIVISION OF CIVIL RIGHTS SECTION

**LESLIE ROSS**
**CHIEF COUNSEL**

### NOTICE OF RIGHT TO SUE
May 23, 2023

**SENT VIA U.S. MAIL AND EMAIL**
Tony Memory
3130 W. Rock Hill Rd., #41
Tucson, AZ 85754
tonycmemory@gmail.com

Bank of America
c/o Michael S. Mestre, Esq.
201 North Tyron St., Ste. 3000
Charlotte, AZ 28202
mmestre@mcquirewoods.com

Re:   Tony Memory v. Bank of America, P.A. CRD No.: CRD-2023-0211

This Notice is being sent to you because the Division dismissed your public accommodations Charge for the reason(s) indicated on the enclosed dismissal. The Division will be taking no further action. You have a right to file a private lawsuit against Respondent(s) if you choose to do so.

> Arizona law requires that you file your lawsuit against Respondent(s) in court **no later** than 30 days after the date of this Notice. If you miss this deadline, you may lose your right to sue Respondent(s) based on your Charge.

In issuing this Notice, the Division is not expressing an opinion on the merits of your allegations or the likely outcome of any lawsuit. If you are interested in filing a lawsuit against Respondent(s), deadlines are critical. You should consider immediately contacting a lawyer or law firm for assistance.

If you have any questions concerning this Notice, please contact the Division at (520) 628-6500, 1-877-491-5740 (toll free), TDD (520) 628-6872, or TDD (877) 881-7552 (toll free).

Sincerely,

Linda Bohlke, Compliance Manager

Encl.