United states District court of Arzona

Tony C Memory

Vs                                                                    Case: CV-23-283-TUC-JGZ

Bank of America NA

Bank of American DBA Bank of America INC, DES-024-02-08, Po box 15047, Wilmington, DE 19850-5047.

Notice of Settlement Agreement

Bank of America has notified myself( Tony Clarence Memory) that it intends to issue a settlement agreement within 21days of 9/5/2023 instead of a waiver of summons return or filing a answer to this court. I respectfully ask this court to extend the time of the case to Sept 30th or more in order to accommodate the 21 days which will run past Sept 20th 90 days after June 20th when the case was filed. If by then Defendant does not comply to the agreement i will ask for a default

1

judgement against said defendant. A redacted Copy will also be filed to this court. And as required, copies sent to defendent and or their counsel/attorney.

Date: 9/6/2023

Clerk of court