```
 1  Todd E. Rinner (AZB #034567)
    SNELL & WILMER L.L.P.
 2  One South Church Avenue
    Suite 1500
 3  Tucson, Arizona  85701-1630
    Telephone:  520.882.1200
 4  E-Mail: trinner@swlaw.com
    Attorneys for Defendant Bank of America, N.A.
 5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Tony C. Memory, | |
|---|---|
| Plaintiff, | Case No.: 4:23-cv-00283-TUC-JGZ |
| v. | **NOTICE OF SETTLEMENT** |
| Bank of America, N.A., | |
| Defendant. | |

Defendant Bank of America, N.A., hereby respectfully provides notice to the Court that the parties have reached a confidential settlement of this matter and are in the process of performing the steps necessary to complete the settlement and will submit case closing documents thereafter.

DATED this 8th day of September, 2023.

                                                         SNELL & WILMER L.L.P.

                                  By: *s/ Todd E. Rinner*
                                          Todd E. Rinner
                                            One South Church Avenue
                                            Suite 1500
                                            Tucson, Arizona  85701-1630
                                            Telephone: 520.882.1200
                                            Email: trinner@swlaw.com

                                            *Attorneys for Defendant Bank of America, N.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to any CM/ECF registrants on record in this matter, as well as provided a copy via email to the following:

Tony Clarence Memory
tonycmemory@gmail.com
*Plaintiff Pro Se*


*s/ Todd E. Rinner*