# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tony Clarence Memory,<br><br>  Plaintiff,<br><br>v.<br><br>Bank of America NA, et al.,<br><br>  Defendants. | No. CV-23-00283-TUC-JGZ<br><br>**ORDER** |

Having considered Plaintiff's Notice of Voluntary Dismissal (Doc. 8) and the parties' Stipulation of Dismissal with Prejudice (Doc. 9), and good cause appearing,

**IT IS ORDERED** that the Stipulation (Doc. 9) is **granted**. This case is **dismissed** with prejudice. Each party shall bear its own attorney's fees and costs. The Clerk of Court shall close its file in this action.

Dated this 27th day of September, 2023.

_Jennifer G. Zipps_
United States District Judge